UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| James Howard Sexton<br>Fed. Reg. No. 23079-009<br><br>versus<br><br>Warden J. P. Young, et al. | Civil Action No. 7-88<br><br>Section P<br><br>Judge Tucker L. Melançon<br><br>Magistrate Judge Mildred E. Methvin |

## JUDGMENT

For the reasons stated in the Report and Recommendation of Magistrate Judge Methvin previously filed herein [Rec. Doc. 9], the Court, having determined after an independent review of the record that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record, it is

**ORDERED** that plaintiff's civil rights action for deliberate indifference to his serious medical needs be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's amendment to the Objections to Report and Recommendation [Rec. Doc. 10, p. 5] be treated as a motion to voluntarily dismiss his request for temporary injunction and same will be **GRANTED WITH PREJUDICE.**

**THUS DONE AND SIGNED** this 4th day of April, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE